# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Robert L. Harrison, Employee, Petitioner,

v.

Owen Steel Company, Inc., Employer, and Old Republic Insurance Company c/o Gallagher Bassett Services, Inc., Carrier, Respondents.

Appellate Case No. 2018-000769

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from the Workers' Compensation Commission

---

Opinion No. 27896
Heard June 13, 2019 – Filed June 19, 2019

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Frank Anthony Barton, of West Columbia, for Petitioner.

Helen F. Hiser, of Mount Pleasant, and Jason Wendell Lockhart, of Columbia, both of McAngus Goudelock & Courie, LLC, for Respondents.

---

**PER CURIAM:** We granted Robert L. Harrison's petition for a writ of certiorari to review the decision of the court of appeals affirming the decision of the appellate

panel of the workers' compensation commission.[1]  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice D. Garrison Hill, concur.**

---

[1] *Harrison v. Owen Steel Co., Inc.*, 422 S.C. 132, 810 S.E.2d 433 (Ct. App. 2018).